Bonnie M. SILBERSTEIN, individually, and as Trustee of the Heirs of Delton Silberstein, Jr., Respondent (C7–91–279), Appellant (C2–91–531),

Samuel Silberstein and Rachel Silberstein, minors, appearing by their mother and natural guardian Bonnie M. Silberstein, and Bonnie M. Silberstein, individually, Respondents (C1–91–312), Appellants (C2–91–531),

v.

Randy CORDIE, Appellant (C7–91–279), Respondent (C1–91–312), Defendant (C2–91–531),

Big Stone County, Defendant (C7–91–279), Respondent (C1–91–312 and C2–91–531),

State of Minnesota, Defendant (C2–91–531),

Renee and Mark Ahles, Defendants (C7–91–279), Appellants (C1–91–312), Respondents (C2–91–531).

Nos. C7–91–279, C1–91–312 and C2–91–531.

Supreme Court of Minnesota.

Nov. 26, 1991.

## ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the petition of Randy Cordie for further review be, and the same is, granted for the limited purpose of remanding the matter to the court of appeals in light of *State Farm Fire and Casualty Company v. Wicka*, 474 N.W.2d 324 (Minn.1991).

IT IS FURTHER ORDERED that the petitions of Bonnie M. Silberstein and Renee and Mark Ahles for further review be, and the same are, denied.